FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 08 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE LUIS MOLINA, *pro se*,

                             Plaintiff,

   -against-

EXCEL SECURITY, NEW YORK
UNIVERSITY, UNITED SECURITY,
and HARVARD PROTECTION
SERVICES,

                            Defendants.
-------------------------------------------------------------------X

JUDGMENT
09-CV- 4105 (DLI)

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on October 30, 2009, dismissing the action in its entirety; ordering that the summonses previously issued for proposed defendants United Security and Harvard Protection Services are withdrawn and are not to be served; denying as moot plaintiff's request for the appointment of *pro bono* counsel; directing that the Court's prior Order barring plaintiff from filing future *in forma pauperis* complaints remains in effect; directing the Clerk of Court to return, without filing, any future *in forma pauperis* complaint filed by unaccompanied by a request for leave to file; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the action is dismissed in its entirety; that the summonses previously issued for proposed defendants United Security and Harvard Protection Services are withdrawn and are not to be served; that plaintiff's request for the appointment of *pro bono* counsel is denied as moot;

JUDGMENT
09-CV- 4105 (DLI)

that the Court's prior Order barring plaintiff from filing future *in forma pauperis* complaints remains in effect; that the Clerk of Court is to return, without filing, any future *in forma pauperis* complaint by plaintiff unaccompanied by a request for leave to file; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       December 07, 2009

S/RCH

ROBERT C. HEINEMANN
Clerk of Court